# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR1 TRUST,<br><br>                   Appellant,<br>        vs.<br>LAS VEGAS RENTAL AND REPAIR LLC SERIES 58, A NEVADA LIMITED LIABILITY COMPANY,<br>                  Respondent. | No. 74665<br><br>**FILED**<br><br>AUG 27 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>     DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elissa F. Cadish, District Judge
       Smith Larsen & Wixom
       Clark Newberry Law Firm
       Eighth District Court Clerk